# EXHIBIT A

room.[38] Its website's terms of use identify Triad Rx as a "partner pharmacy,"[39] and mirror OpenLoop's in all material respects except for their names.[40]

23. [Intentionally omitted].

24. **Thrive Health Group Inc. d/b/a Fridays** purportedly operates as a consumer-facing telehealth storefront marketing oral tirzepatide.[44] Upon information and belief, Fridays was incorporated in California.[45] Fridays has a designated OpenLoop patient waiting room.[46] Its website's terms of use identify Triad Rx as a "partner pharmacy."[47]

25. **FuturHealth Inc., d/b/a FuturHealth** purportedly operates as a consumer-facing telehealth storefront marketing oral tirzepatide.[48] Upon information and belief, FuturHealth was incorporated in Delaware.[49] FuturHealth has a designated OpenLoop patient waiting room.[50] Its

---

[38] https://openloophealth.doxy.me/diddlyhealth.
[39] *Terms of Use*, Diddly Health, https://diddlyhealth.com/terms-of-use/ (last visited Nov. 12, 2025).
[40] *See Terms of Use*, OpenLoop https://openloophealth.com/terms-of-use (last visited Nov. 12, 2025).
[41] [Intentionally omitted].
[42] [Intentionally omitted].
[43] [Intentionally omitted].
[44] *Microdose Tirzepatide*, Fridays, https://www.joinfridays.com/products/sleep-support (last visited Nov. 17, 2025).
[45] CA File No. 5498080.
[46] https://openloophealth.doxy.me/fridayswm.
[47] *Terms of Use*, Friday's Health, https://www.joinfridays.com/terms-conditions (last visited Nov. 12, 2025).
[48] *Tirzepatide*, FuturHealth, https://futurhealth.com/medication-tirzepatide/ (last visited Nov. 12, 2025).
[49] DE File No. 2554469.
[50] https://openloophealth.doxy.me/futur