# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARBY DAY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:25-cv-01418-GBW ) |
| OPENLOOP HEALTH INC., TRIAD RX BUYER LLC and TRIAD RX, INC., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND ENFORCE CLASS ACTION WAIVER

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants OpenLoop Health Inc., Triad Rx Buyer LLC, and Triad Rx, Inc., through their undersigned counsel respectfully move this Court to dismiss Plaintiff Darby Day's Complaint in the above-captioned action with prejudice and without leave to amend or, in the alternative, compel arbitration and enforce the applicable class action waiver for the reasons set for in the accompanying Memorandum of Law.

Dated: January 29, 2026

Respectfully submitted,

**BLANK ROME LLP**

 /s/ Adam V. Orlacchio
Adam V. Orlacchio (#5520)
James G. Gorman III (#6284)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
adam.orlacchio@blankrome.com
james.gorman@blankrome.com

                                          Shannon E. McClure (*pro hac vice*)
                                        One Logan Square, 130 N. 18th Street
                                        Philadelphia, Pennsylvania 19103
                                        Telephone: 215-569-5500
                                        Facsimile: 215-569-5555
                                        shannon.mcclure@blankrome.com

                                        Rachael G. Pontikes (*pro hac vice*)
                                        444 West Lake Street, Suite 1650
                                        Chicago, Illinois 60606
                                        Telephone: (312) 776-2600
                                        Facsimile: (312) 776-2601
                                        rachael.pontikes@blankrome.com

                                        *Attorneys for Defendants*