**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARBY DAY, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> OPENLOOP HEALTH INC., TRIAD RX BUYER LLC and TRIAD RX, INC., </br></br> Defendants. | ) ) ) ) ) ) ) C.A. No. 1:25-cv-01418-GBW ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT WITH PREJUDICE**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants' OpenLoop Health Inc., Triad Rx Buyer LLC, and Triad RX, Inc.'s Motion to Dismiss Plaintiff's Complaint, the supporting briefing, and any response thereto:

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff Darby Day's Complaint is **DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

BY THE COURT:

_____
GREGORY B. WILLIAMS
United States District Judge