# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARBY DAY, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>OPENLOOP HEALTH INC., TRIAD RX BUYER LLC and TRIAD RX, INC.,  )<br>)<br>)<br>Defendants.  ) | C.A. No. 1:25-cv-01418-GBW |

**DECLARATION OF JAMES G. GORMAN III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND ENFORCE CLASS ACTION WAIVER**

I, James G. Gorman III, declare the following:

1. I am an attorney with the law firm of Blank Rome LLP, counsel to Defendants OpenLoop Health Inc., Triad Rx Buyer LLC, and Triad Rx, Inc. (collectively, "Defendants") in the in the above-captioned matter.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, or, in the Alternative, to Compel Arbitration and Enforce Class Action Waiver filed contemporaneously herewith.

3. Attached as **Exhibit A** is true and correct copy of the U.S. Food and Drug Administration's ("FDA") publication titled: "*Guidance for Industry: Prescription Requirement Under Section 503A of the Federal Food, Drug, and Cosmetic Act,*", also available at https://www.fda.gov/files/drugs/published/Prescription-Requirement-Under-Section-503A-of-the-Federal-Food--Drug--and-Cosmetic-Act-Guidance-for-Industry.pdf (last accessed January 29, 2026).

1

4. Attached as **Exhibit B** is true and correct copy of FDA's publication titled: "*Guidance for Industry: Compounded Drug Products That Are Essentially Copies of a Commercially Available Drug Product Under Section 503A of the Federal Food, Drug, and Cosmetic Act*," also available at https://www.fda.gov/files/drugs/published/Compounded-Drug-Products-That-Are-Essentially-Copies-of-a-Commercially-Available-Drug-Product-Under-Section-503A-of-the-Federal-Food--Drug--and-Cosmetic-Act-Guidance-for-Industry.pdf (last accessed January 29, 2026).

5. Attached as **Exhibit C** is a true and correct copy of a consumer review posted on the Consumer Affairs webpage on October 15, 2025, also available at https://www.consumeraffairs.com/health/medvi.html (last accessed January 29, 2026).

6. Attached as **Exhibit D** is a true and correct copy of the Terms and Conditions posted on MEDVi.org and referred to therein as the "User Agreement," also available at https://medvi.org/terms-and-conditions.html (last accessed January 29, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: January 29, 2026 | **BLANK ROME LLP**<br><br>*/s/ James G. Gorman III*<br><br>James G. Gorman III (No. 6284)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>james.gorman@blankrome.com<br><br>*Attorneys for Defendants* |