**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DARBY DAY individually and on behalf of all others similarly situated | ) ) ) | |
| | ) | C.A. No. 25-cv-01418-GBW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OPENLOOP HEALTH INC., TRIAD RX BUYER LLC, and TRIAD RX, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF DYLAN D. ALTLAND IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO OPENLOOP HEALTH INC., TRIAD RX BUYER LLC and TRIAD RX, INC.'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

I, Dylan D. Altland, declare as follows:

1. I am employed by Chimicles Schwartz Kriner & Donaldson-Smith LLP as an Associate and am one of the attorneys of record for Plaintiff in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants OpenLoop Health Inc., Triad Rx Buyer LLC, and Triad Rx, Inc.'s Motion to Dismiss or, in the Alternative, to Compel Arbitration, D.I. 18. I make this declaration based upon personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. On various dates, I accessed and reviewed publicly available webpages associated with OpenLoop and MEDVi. I captured screenshots of the webpages as they appeared on those dates using a standard desktop or mobile web browser. The screenshots were saved in the ordinary course of my work and have not been altered.

1

3.      Attached hereto as Exhibit A is a true and correct copy of screenshots reflecting advertisements and promotional materials publicized by OpenLoop after the filing of the Complaint in this action. These screenshots, labeled FIGURE 1 through 7.3, fairly and accurately reflect how the webpages and advertisements appeared on the dates they were captured. Figures numbered with decimal points (e.g., 4.1–4.2) reflect portions of the same webpage or advertisement that could not be captured within a single frame.

  a. FIGURES 6.1 through 6.3 depict screenshots, dated February 2, 2026, from the OpenLoop webpage hyperlinked within the Instagram advertisements shown in FIRGURES 1 through 5.2. The URL for that page is https://info.openloophealth.com/glp1-demand-telehealth-solution.

  b. FIGURES 7.1 through 7.3 depict screenshots, dated March 17, 2026, from the same OpenLoop webpage hyperlinked within the Instagram advertisements. The language on the page differed from the February 2, 2026 version. Figures 7.1 through 7.3 reflect the version of the page as it appeared on March 17, 2026.

4.      Attached hereto as Exhibit B is a true and correct copy of screenshots reflecting advertisements and promotional materials publicized by MEDVi after the filing of the Complaint in this action. These screenshots fairly and accurately reflect how the webpages appeared on the dates they were captured. Figures numbered with decimal points reflect portions of the same webpage or advertisement that could not be captured within a single frame.

5.      Paragraph 82 of the Complaint alleges that "[o]n or about October 18, 2025, Plaintiff purchased a one-month supply of 'oral tirzepatide' tablets from medvi.org." D.I. 1 at ¶ 82. In connection with this litigation, Plaintiff informed me that he accessed the MEDVi website and completed that purchase using his personal desktop computer.

6.      On November 6, 2025, I accessed MEDVi's online intake process as a prospective consumer using a desktop computer and proceeded through the intake flow presented on the website in the same manner available to Plaintiff or any other ordinary user. I captured screenshots of each step of the intake process as it appeared during that session.

7.      Attached hereto as Exhibit C is a true and correct copy of screenshots reflecting MEDVi's intake process. These screenshots, labeled FIGURE 1 through 36, fairly and accurately depict the sequence of screens, disclosures, prompts, and user-interface elements presented during that process, in the order in which they appeared. FIGURES 1 through 34 reflect the intake flow as it appeared on November 6, 2025. The screenshots were captured contemporaneously and have not been modified.

  a.  FIGURE 33 depicts a checkbox accompanied by disclaimer language. The checkbox appears pre-selected upon page load and does not require the user to affirmatively select it before proceeding.

  b.  FIGURE 34 depicts the results/approval confirmation page on which users are prompted to input billing information. Above the "Continue" button appears the following statement: "By providing your card information, you allow MEDVi to charge your card for future payments in accordance with their terms." The word "terms" appears in plain text, is not defined or described, and is not presented as a hyperlink.

  c.  FIGURE 35 depicts the same checkbox and accompanying disclaimer language shown in FIGURE 33, as it appeared on October 30, 2025. The checkbox likewise appeared pre-selected upon page load and did not require the user to affirmatively select it before proceeding.

3

d. FIGURE 36 is a hyperlink to a screen-recorded video captured on February 7, 2026, reflecting the complete MEDVi intake process as it appeared on that date. At approximately 1:19 of the recording, the same checkbox and accompanying disclaimer language shown in FIGURES 33 and 35 appear and, as observed on the other dates described above, is pre-selected upon page load.

8. On March 11, 2026, I accessed and reviewed a webpage maintained by Eli Lilly and Company on its Medical Information website concerning whether tirzepatide is available in an oral formulation. Attached hereto as Exhibit D is a true and correct copy of that webpage, located at https://medical.lilly.com/us/products/answers/is-mounjaro-tirzepatide-available-as-an-oral-formulation-199489, as it appeared on the date it was accessed. The Medical Information page states that "[t]irzepatide is not available in pill form for oral administration," that it "is an injectable medicine for subcutaneous use," that the "molecular weight of tirzepatide is 4813.53 daltons," and that "medicines with a molecular weight greater than 500 daltons are not absorbed orally." The webpage reflects a date of last review of September 23, 2025.

9. Attached hereto as Exhibit E is *In re Triad Rx, Inc.*, No. 19-L-0137 (Ala. State Bd. Pharmacy July 19, 2022), a public record reflecting disciplinary action taken against Defendant Triad Rx, Inc. in connection with its Alabama pharmacy license, No. 113869. This record is publicly available through the Alabama Board of Pharmacy website at https://gateway.albop.com/Verification/search.aspx.

10. On March 20, 2026, an individual who is not a named party to this action provided information and documents to me concerning a purchase of "Oral Tirzepatide" through MEDVi. The individual, a resident of Washington, reported that on January 12, 2026, they purchased oral tirzepatide from MEDVi and were issued Invoice No. UTRAQG3H-0002 and

Receipt No. 2362-4912. The invoice and receipt identify MEDVi as the billing party, but list a billing address corresponding to OpenLoop's headquarters: 317 6th Ave., Des Moines, IA 50309. The individual further reported that they did not speak with or participate in a consultation with a physician before the prescription was issued, and that the prescription was filled and distributed by Triad on January 15, 2026, identified as Rx No. 91191122, from Lot No. LG187989.

11.    On March 24, 2026, an individual who is not a named party to this action provided information and documents to me concerning a purchase of "Oral Tirzepatide" through MEDVi. The individual, a resident of Florida, reported that on February 16, 2026, they purchased oral tirzepatide from MEDVi. The individual further reported that they did not speak with or participate in a video consultation with a physician before the prescription was issued. The individual also reported that the billing address associated with the transaction corresponded to OpenLoop's headquarters: 317 6th Ave., Suite 400, Des Moines, IA 50309, and that the charge appeared on their HealthEquity HSA account as "Opnlp - Medvi, Openloopheal, IA." The individual further reported that the prescription was filled and distributed by Triad on February 18, 2026, identified as Rx No. 91231867, from Lot No. LG189434.

Executed on March 26, 2026, in Haverford, Pennsylvania.

By:    /s/ *Dylan D. Altland*
            Dylan D. Altland

5