**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| DARBY DAY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:25-cv-01418-GBW |
| OPENLOOP HEALTH INC., TRIAD RX BUYER LLC and TRIAD RX, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendants OpenLoop Health Inc., Triad RX Buyer LLC, and Triad RX, Inc. ("Defendants"), respectfully request to be heard in oral argument regarding Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, or, in the Alternative, to Compel Arbitration and Enforce Class Action Wavier (D.I. 17).

**BLANK ROME LLP**

Dated: April 29, 2026

/s/ *James G. Gorman III*

James G. Gorman III (No. 6284)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: james.gorman@blankrome.com

Shannon E. McClure (admitted *pro hac vice*)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: shannon.mcclure@blankrome.com

Rachael G. Pontikes (admitted *pro hac vice*)
BLANK ROME LLP
444 W. Lake St., Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601
Email: rachael.pontikes@blankrome.com

*Attorneys for Defendants*

2