**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DARBY DAY individually and<br>on behalf of all others similarly situated | ) | |
| | ) | C.A. No. 25-cv-01418-GBW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OPENLOOP HEALTH INC., | ) | |
| TRIAD RX BUYER LLC, | ) | |
| and TRIAD RX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Darby Day respectfully submits this Notice to advise the Court of supplemental authority relevant to Defendants' pending Motion to Dismiss (D.I. 17, 18, 26). On May 21, 2026, the United States filed a Brief as Amicus Curiae in *Wells Pharma of Houston, L.L.C. v. Zyla Life Sciences, L.L.C.*, No. 25-257, in response to the Supreme Court's January 12, 2026, order inviting the Solicitor General to express the views of the United States. The Solicitor General's brief addresses implied preemption under the FDCA as it pertains to state-law claims involving compounded drug products—issues raised in Defendants' Motion to Dismiss (D.I. 18 at 5-14; D.I. 26 at 1-12). The Solicitor General's position is consistent in all material respects with Plaintiff's position as set forth in Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (D.I. 24 at 11-17, 37 n. 39). On June 29, 2026, the Supreme Court denied certiorari, consistent with the recommendation of the United States. Copies of the Solicitor General's brief and the Order List are attached as Exhibits A and B, respectively.

1

Dated: June 29, 2026

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Scott M. Tucker*
Robert J. Kriner, Jr. (Del. Bar No. 2546)
Scott M. Tucker (Del. Bar No. 4925)
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
Phone: 302-656-2500
Fax: 302-656-9053
smt@chimicles.com

Nicholas E. Chimicles *(pro hac vice)*
Kimberly M. Donaldson-Smith *(pro hac vice)*
Dylan Altland *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
*nec@chimicles.com*
*kds@chimicles.com*
*dda@chimicles.com*

*Attorneys for Plaintiff and Proposed Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 29th day of June, 2026, a true and correct copy of the

foregoing ***Notice of Subsequent Authority*** was caused to be served on all counsel of record via

the Court's CM/ECF filing system.


/s/ Scott M. Tucker

Scott M. Tucker (No. 4925)