# EXHIBIT B

---

## No. 25-257

| | |
|---|---|
| Title: | **Wells Pharma of Houston, L.L.C., Petitioner**<br>**v**<br>**Zyla Life Sciences, L L C** |
| Docketed: | September 4, 2025 |
| Lower Ct | nited tates Court of Appeals for the Fifth Circuit |
| Case Numbers | (23 20533) |
| Decision Date: | April 10, 2025 |
| Rehearing Denied: | June 5, 2025 |

---

## Proceedings and Orders

| | |
|---|---|
| ep 02 2025 | Petition for a writ of certiorari filed  (Response due October 6, 2025)<br>**Petition (https://www.supremecourt.gov/DocketPDF/25/25-257/373415/20250902174428577_25-%20Petition.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/373415/20250902174444216_25-%20Word%20Count%20Certificate.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/373415/20250902174457982_25-%20Service%20Affidavit.pdf)** |
| ep 11 2025 | Waiver of right of respondent Zyla Life ciences, L L C  to respond filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/374432/20250911143250042_2025-09-11%20Zyla%20Final%20Waiver.pdf)** |
| ep 17 2025 | DI TRIBUTED for Conference of 10/10/2025 |
| ep 25 2025 | Response Requested  (Due October 27, 2025) |
| Oct 06 2025 | Brief amicus curiae of Americans for Access to Compounded Medication filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/378830/20251006142759757_25-257%20Amicus%20Brief%20of%20Americans%20for%20Access%2**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/378830/20251006142741568_Proof%20of%20Service.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/378830/20251006142723367_Certificate%20of%20Word%20Count.pdf)** |
| Oct 16 2025 | Motion to extend the time to file a response from October 27, 2025 to November 17, 2025, submitted to The Clerk<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/379842/20251016163202766_2025-10-16%20Zyla%20BIO%20Request%20for%20extension%20FINA** |
| Oct 20 2025 | Motion to extend the time to file a response is granted and the time is extended to and including November 17, 2025 |
| Oct 27 2025 | Brief amicus curiae of Outsourcing Facilities Association filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/380680/20251027112442075_25-257%20Amicus%20Brief%20of%20Outsourcing%20Facilities%20As**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/380680/20251027112501365_Proof%20of%20Service.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/380680/20251027112451885_Certificate%20of%20Word%20Count.pdf)** |
| Nov 17 2025 | Brief of respondent Zyla Life ciences, L L C  in opposition filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/384886/20251117195037307_2025-11-17%20Zyla%20BIO%20FINAL.a.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/384886/20251117195111944_No.%2025-257%20King%20Spalding%20COS.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/384886/20251117195118570_No.%2025-257%20King%20Spalding%20COC.pdf)** |

| | |
|---|---|
| Nov 25 2025 | Reply of petitioner Wells Pharma of Houston, L L C  filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/385800/20251125161525759_25-257%20Reply%20Brief.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/385800/20251125161458124_25-257%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/385800/20251125161514450_25-257%20Service%20Affidavit.pdf)** |
| Dec 03 2025 | DI TRIBUTED for Conference of 1/9/2026 |
| Jan 12 2026 | The  o icitor General is invited to file a brief in this case expressing the views of the United  tates |
| May 21 2026 | Brief amicus curiae of United  tates filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/409534/20260521153416665_Wells%20Pharma%20CVSG%20brief.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/409534/20260521153454472_revised%20certificate.%2025-257.pdf)** |
| Jun 02 2026 | upplemental brief of petitioner Wells Pharma of Houston, L L C  filed<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-257/412428/20260602140402606_25-257%20Supplemental%20Brief.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-257/412428/20260602140426762_25-257%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-257/412428/20260602140436099_25-257%20Proof%20of%20Service.pdf)** |
| Jun 09 2026 | DI TRIBUTED for Conference of 6/25/2026 |
| Jun 29 2026 | Petition DENIED |

## Attorneys

**Attorneys for Petitioner**

Jeremy Thomas Grabill
*Counsel of Record*

Phelps Dunbar LLP
365 Canal  treet,  uite 2000
New Orleans, LA 70130

jeremy grabill@phelps com
Ph  (504) 566 1311

Party name  Wells Pharma of Houston, L L C

**Attorneys for Respondent**

Jeffrey    Bucholtz
*Counsel of Record*

King &  palding LLP
1700 Pennsylvania Avenue NW
 uite 900
Washington, DC 20006

jbucho tz@kslaw com
Ph  202 737 0500

Party name  Zyla Life  ciences, L L C

**Other Attorneys**

D  John  auer
*Counsel of Record*

So icitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

supremectbriefs@usdoj.gov
Ph: 202-514-2217

Party name: United States of America

Mark Daniel Boesen
*Counsel of Record*

Boesen &  now, LLC D/B/A Boesen &  now Law
8501 E Princess Dr,  te 220
 cottsdale, AZ 85255

mboesen@bslawusa com
Ph  602 900 8562

Party name  Americans for Access to Compounded Medications

Andrew Michael Grossman
*Counsel of Record*

Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

agrossman@bakerlaw.com
Ph: 2028611697

Party name: Outsourcing Facilities Association